IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TROY DENSON                                                                    PLAINTIFF

v.                                    No. 4:21-cv-54-DPM

DOES                                                                          DEFENDANTS

ORDER

1. Denson hasn't paid the $402 filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 4 March 2021. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

2. Denson's mail is being returned undelivered. *Doc. 3 & 4*. He must also update his address with the Clerk of Court by 4 March 2021. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

2. The Court directs the Clerk to mail Denson an application to proceed *in forma pauperis*. If the Court grants Denson permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 February 2021