IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TROY DENSON                                                                PLAINTIFF

v.                              No. 4:21-cv-54-DPM

DOES                                                                      DEFENDANTS

## ORDER

Denson hasn't paid the $402 administrative and filing and administrative fees or filed an application to proceed *in forma pauperis*; instead, his mail is still being returned undelivered. Doc. 6 & 7. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 March 2021