IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TROY DENSON                                      PLAINTIFF

v.                        No. 4:21-cv-54-DPM

DOES                                         DEFENDANTS

## JUDGMENT

Denson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 March 2021